UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA


   - against -                     19 Cr. 376 (DAB)
                                      ORDER


Ramona Petrova

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.



     The sentencing in the above captioned case that was

scheduled for Tuesday, January 14, 2020 at 11:00 A.M. is

rescheduled to Tuesday, April 7, 2020 at 11:00 A.M.




SO ORDERED

DATED:    New York, New York
          November 14, 2019


                                 _Deborah A. Batts_
                                  Deborah A. Batts
                       United States District Judge