```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA


        - against -                    19 Cr. 376 (DAB)
                                            ORDER


Romana Petrova

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above case that was scheduled for Tuesday, April 7, 2020 at 11:00 AM is cancelled. The sentencing is adjourned sine die.


SO ORDERED

DATED:   New York, New York
         November 25, 2019


_Deborah A. Batts_
Deborah A. Batts
United States District Judge