USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

   -against-

RAMONA PETROVA,

                 Defendant.
------------------------------------------------------------ X

19-CR-376 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS this case was reassigned to the undersigned on February 11, 2020;

    IT IS HEREBY ORDERED that a sentencing hearing is scheduled for **February 27, 2020, at 3:00 p.m.**

**SO ORDERED.**

Date: **February 14, 2020**
      **New York, NY**

                                       **VALERIE CAPRONI**
                                       **United States District Judge**