# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG
———

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

**MEMO ENDORSED**

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038
———

(212) 608-0808
TELECOPIER (212) 962-9696

February 20, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/20/2020__

Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

Re: **United States v. Ramona Petrova**
**19 Cr. 376 (VEC)**

Dear Judge Caproni:

Your Honor set sentencing in the above matter for February 27, 2020 at 3 pm. My client informed me that her close family friend and employer is scheduled for an operation that day and Ms. Petrova's father, who is also close with the family friend will be with her at the hospital. Both of those individuals intended on appearing in court on the date of the sentencing, which had originally been scheduled for April 2020. In order to allow her friend and father to attend her sentencing we respectfully request that you adjourn the sentence to a date during the week of March 10th, which is convenient to the court. The government has no objection.

Thank you for your attention to this request.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: Louis A. Pellegrino, Esq. AUSA (By ECF and email)

Application GRANTED.

Sentencing is adjourned to
**March 12, 2020, at 2:00 p.m.**

SO ORDERED.

2/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE