```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-------------------------------------------------- X      ELECTRONICALLY FILED
    UNITED STATES OF AMERICA,          :                  DOC #:_____
                                       :                  DATE FILED: 3/30/2020
            -against-                  :       19-CR-376 (VEC)
                                       :
    RAMONA PETROVA,                    :            ORDER
                                       :
                        Defendant.     :
-------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the current public health crisis caused by COVID-19 has caused, is causing, and is expected to continue to cause extraordinary disruption of public life; and

WHEREAS all indications are that the public health crisis will continue at least through May 2020; and

WHEREAS adding additional inmates to prison facilities until the risk from COVID has diminished substantially is not in the best interest of protecting the health of inmates, including Defendant in this case; and

WHEREAS a Judgment was entered in this case on March 13, 2020, directing Defendant to surrender to the designated facility or USMS at 12:00 p.m. on May 8, 2020;

IT IS HEREBY ORDERED that Defendant's time to surrender to the designated facility is adjourned to noon on July 17, 2020. If no facility is designated by then, defendant shall surrender to the USMS in SDNY at noon on July 17, 2020.

The Court will consider further requests to adjourn Defendant's surrender date if the public health emergency caused by COVID has not substantially diminished by that time.

**SO ORDERED.**

Date: **March 30, 2020**                            _____
       **New York, NY**                              **VALERIE CAPRONI**
                                                     **United States District Judge**