**MEMO ENDORSED**

# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  
———  
NADJIA LIMANI  
OF COUNSEL  

CHARLENE RAMOS  
OFFICE MANAGER

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038  
———  
(212) 608-0808  
TELECOPIER (212) 962-9696

June 22, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

Honorable Valerie E. Caproni  
United States District Judge  
United States Courthouse  
40 Centre Street  
New York, New York 10007

Not later than **July 6, 2020**, the Government must file a letter stating which facility Ms. Petrova has been designated to, if any, and the number of COVID-19 infections at that facility and the number of tests conducted.  SO ORDERED.

Re: **United States v. Ramona Petrova**  
 **19 CR 376 (VEC)**

*[signature]* 6/29/2020

Dear Judge Caproni:

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

Ms. Petrova is scheduled to surrender to serve her sentence on July 17, 2020. The surrender date has previously been adjourned because of the COVID-19 virus. Currently, although some locations have seen a "flattening of the curve" for coronavirus cases, many other areas of the country are experiencing an increase in the number of cases. Some areas that began to ease restrictions have been forced to reimpose restrictions to control further outbreak.

In addition, medical health officials are still predicting a second outbreak in the fall due to a combination of factors including weather and the normal flu.

Whatever the state of the corona virus in federal prisons, and there have been various reports indicating testing is not adequate and precautionary measures are either not in place or difficult to follow, it is far less safe to be in a federal prisons than at home.

Therefore, we respectfully request that the surrender date for Ms. Petrova be extended to a date in mid-January 2021 when the status of the virus both inside and outside prisons may be clearer.

Respectfully,

/S/ Lee Ginsberg  
Lee Ginsberg

cc: All counsel (ECF)