USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

- V -

RAMONA PETROVA,

        Defendant.

-------------------------------------------------------X

**ORDER**

**19 CR 376 (VEC)**

On the application of LEE GINSBERG, as counsel for defendant Ramona Petrova,

IT IS HEREBY ORDERED that, the SOUTHERN DISTRICT PRETRIAL SERVICES OFFICE is directed to return defendant Ramona Petrova's passport.

DATED: New York, New York
       February 16, 2023

_____
HON. VALERIE E. CAPRONI
U.S.D.J.